**No. 39160.**—Protests 132744–G, etc., of Felix La Tour (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39161.**—Protests 293384–G, etc., of S. & A. Stern (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 39162.**—Protests 311699–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. Certain items consisting of embroidered silk net galloons similar to those involved in Abstract 12555 were held dutiable at 75 percent under paragraph 1430. Articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31 on the authority of Abstract 37230.

BEFORE THE SECOND DIVISION, AUGUST 8, 1938

**No. 39163.**—Protests 132772–G, etc., of I. Magnin & Co. (New York).

Opinion by TILSON, J. The record established that certain items consist of embroidered articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 39164.**—Protests 991737–G, etc., of Judkins & McCormick Co. (New York).

Opinion by TILSON, J. Hats and other articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430. Motifs and other articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31. Abstract 37230 followed.

**No. 39165.**—Protests 355226–G, etc., of Albert Eckstein & Co., Inc., et al. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.